UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CECILIC MENJIVAR LEMUS,<br>Petitioner,<br>v.<br>J. JOHNSON, Warden, et al.,<br>Respondents. | Case No. 5:26-cv-02822-SSS-PD<br>**ORDER PROHIBITING REMOVAL OF PETITIONER UNTIL FURTHER ORDER OF THE COURT**<br>**A# 220-487-389** |

On May 26, 2026, the District Judge issued an order stating: "To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from the United States unless and until the Court orders otherwise. . . . Further, in light of Petitioner's interest in participating in further proceedings before this Court and in maintaining adequate access to legal counsel through these proceedings, it is ORDERED that Petitioner shall not be transferred except to a facility within this District absent further order from this Court." Dkt. No. 7 (emphasis in original).

Respondents filed a Notice of Intended Removal stating that Jonathan

Cecilic Menjivar Lemus ("Petitioner") is "scheduled for removal on or after September 1, 2026, in accordance with his final order of removal dated August 3, 2026." Dkt. No. 16. According to Petitioner's Automated Case Information on the Executive Office for Immigration Review website, he was ordered removed on August 3, 2026, but his appeal to the Board of Immigration Appeals is due September 2, 2026. *See* https://acis.eoir.justice.gov/en/. Therefore, it is unclear how he is being removed before his time to appeal expires and his removal order becomes final; Respondents have not provided evidence that Petitioner waived his appeal of his removal order. *See* 8 C.F.R. § 1003.6(a) ("[T]he decision in any proceeding under this chapter from which an appeal to the Board may be taken shall not be executed during the time allowed for the filing of an appeal unless a waiver of the right to appeal is filed, nor shall such decision be executed while an appeal is pending . . . .").

In any event, the Court has not ruled that Petitioner can be removed, and Respondents have not filed a motion to lift the May 26, 2026 order. **Therefore, pursuant to the District Judge's May 26, 2026 order, Respondents are prohibited from removing Petitioner "unless and until the Court orders otherwise."** Dkt. No. 7.

IT IS SO ORDERED.

DATED: August 31, 2026

Patricia Donahue
United States Magistrate Judge